NUMBER  13-05-00271-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI - EDINBURG

 





 





IN RE:  ROQUE
TERCERO-ARANDA, 

RELATOR

 





 

On Petition for Writ of Mandamus 





 





 

MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Hinojosa, and Rodriguez 

Memorandum Opinion Per Curiam

 

Relator, Roque Tercero-Aranda, filed a petition for
writ of mandamus on April 15, 2005, requesting this Court to direct the
Respondent, the Attorney General of the State of Texas, to withdraw from his
federal habeas corpus case.  Because we
lack jurisdiction to issue a writ of mandamus against the Attorney General of
the State of Texas, we dismiss relator=s petition.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004). 


PER CURIAM

Memorandum Opinion delivered and filed

this 5th day of July, 2005.